IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 07-270-S-BLW |
| ) | |
| v. ) | **REPORT AND** |
| ) | **RECOMMENDATION** |
| JAMIE GEORGE ANN GREGORY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 14, 2008, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, her constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant and her counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, this Court recommends that the District Court accept Defendant's plea of guilty to Count One (1) of the Superseding Indictment and her agreement to the forfeiture of the property listed in Count Five (5) of the Superseding Indictment.

It is also recommended that the District Court grant, at the appropriate time, the United States' motion to dismiss Counts Two (2), Three (3), and Four (4) of the Superseding Indictment as to this Defendant.



DATED: **July 14, 2008.**

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge